```
1  DELTA LAW GROUP
   A PROFESSIONAL LAW CORPORATION
2  JIM G. PRICE, ESQ., SBN 119324
   6569 BRENTWOOD BOULEVARD
3  P.O. BOX 1417
   BRENTWOOD, CA  94513
4  TELEPHONE:  925-516-4686
   FACSIMILE:  925-516-4058
5
   Attorneys for Plaintiffs
6  KEVIN YOUNG & ELAINE YOUNG
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN YOUNG & ELAINE YOUNG, ) | Case No. CV-13-01108-NC |
| ) | |
| Plaintiffs, ) | **ORDER CONTINUING CASE** |
| ) | **MANAGEMENT CONFERENCE** |
| v. ) | |
| ) | |
| LAW OFFICES OF HERBERT DAVIS; ) | |
| HERBERT DAVIS, ESQ., and DOES 1 ) | |
| through 20, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

     Having considered Plaintiffs KEVIN YOUNG & ELAINE YOUNG'S Ex Parte Application for a continuance of the Case Management Conference, and finding good cause therefore,

///

///

///

1     IT IS HEREBY ORDERED that the Case Management Conference be
2  continued to _____August 7_____, 2013, at 3:00 PM. Case Management
3  DATED: June 6, 2013      Statement shall be filed by July 31, 2013. Plaintiff's Motion to Appear
4                           by Telephone is denied as moot.

_____
UNITED STATES DISTRICT JUDGE

**IT IS SO ORDERED AS MODIFIED**
Judge Nathanael M. Cousins

Page 2