```
 1  DELTA LAW GROUP
    A PROFESSIONAL LAW CORPORATION
 2  JIM G. PRICE, ESQ., SBN 119324
    6569 BRENTWOOD BOULEVARD
 3  P.O. BOX 1417
    BRENTWOOD, CA  94513
 4  TELEPHONE:  925-516-4686
    FACSIMILE:  925-516-4058
 5
    Attorneys for Plaintiffs
 6  KEVIN YOUNG & ELAINE YOUNG
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN YOUNG & ELAINE YOUNG, | ) Case No. CV-13-01108-NC |
| | ) |
| Plaintiffs, | ) **ORDER CONTINUING CASE** |
| | ) **MANAGEMENT CONFERENCE** |
| v. | ) |
| | ) |
| LAW OFFICES OF HERBERT DAVIS; | ) |
| HERBERT DAVIS, ESQ., and DOES 1 | ) |
| through 20, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

  Having considered Plaintiffs KEVIN YOUNG & ELAINE YOUNG'S Ex Parte Application for a continuance of the Case Management Conference, and finding good cause therefore,

///

///

///

1 | IT IS HEREBY ORDERED that the Case Management Conference be
2 | continued to _____September 11_____, 2013. Case management
3 | statement shall be filed by September 4, 2013.

DATED: August 2, 2013

_____
UNITED STATES MAGISTRATE JUDGE
Judge Nathanael M. Cousins

IT IS SO ORDERED

***END OF ORDER***