```
 1  DELTA LAW GROUP
    A PROFESSIONAL LAW CORPORATION
 2  JIM G. PRICE, ESQ., SBN 119324
    6569 BRENTWOOD BOULEVARD
 3  P.O. BOX 1417
    BRENTWOOD, CA  94513
 4  TELEPHONE:  925-516-4686
    FACSIMILE:  925-516-4058
 5
    Attorneys for Plaintiffs
 6  KEVIN YOUNG & ELAINE YOUNG
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN YOUNG & ELAINE YOUNG, ) | Case No. CV-13-01108-NC |
| ) | |
| Plaintiffs, ) | **ORDER CONTINUING CASE** |
| ) | **MANAGEMENT CONFERENCE** |
| v.                                ) | |
| ) | |
| LAW OFFICES OF HERBERT DAVIS;     ) | |
| HERBERT DAVIS, ESQ., and DOES 1   ) | |
| through 20, inclusive,            ) | |
| ) | |
| Defendants.                  ) | |
| ) | |
| ) | |
| ) | |

       Having considered Plaintiffs KEVIN YOUNG & ELAINE YOUNG'S

Ex Parte Application for a continuance of the Case Management

Conference, and finding good cause therefore,

///

///

///

Page 1

    IT IS HEREBY ORDERED that the Case Management Conference be continued to _____September 11_____, 2013. Case management statement shall be filed by September 4, 2013.

DATED: August 2, 2013

_____
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Nathanael M. Cousins*

***END OF ORDER***