UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN YOUNG and ELAINE YOUNG,<br><br>        Plaintiffs,<br><br>    v.<br><br>LAW OFFICES OF HERBERT DAVIS, et al.,<br><br>        Defendants. | Case No. 13-cv-01108 NC<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL** |

    The parties were scheduled to appear at an initial case management conference in this Court on September 11, 2013 at 10:00 a.m, after the Court continued the date twice at plaintiffs' request. On September 9, 2013, the Court granted plaintiffs' counsel's request to appear telephonically at the conference and instructed counsel to stand by beginning at the date and time of the scheduled conference until called by the Court. Plaintiffs' counsel failed to respond to the Court's call and failed to appear at the September 11 case management conference. Plaintiffs also failed to file a case management statement as required by Civil Local Rule 16-9(a) and the Court's August 2, 2013, order, Dkt. No. 16.

//

1   Accordingly, plaintiffs have until September 18, 2013, to file a case management
2   statement and show cause in writing why this case should not be dismissed for failure to
3   prosecute and failure to follow court orders.  The initial case management conference is
4   continued to September 25, 2013 at 10:00 a.m.  Plaintiffs' failure to respond will result in
5   dismissal of this case with prejudice.

6   IT IS SO ORDERED.

7   Date: September 12, 2013

Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-01108 NC
ORDER TO SHOW CAUSE RE:           2
DISMISSAL