UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN YOUNG and ELAINE YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>LAW OFFICES OF HERBERT DAVIS, et al.,<br><br>Defendants. | Case No. 13-cv-01108 NC<br><br>**ORDER FINDING ORDER TO SHOW CAUSE SATISFIED AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 21 |

On September 12, 2013, the Court ordered plaintiffs to file a case management statement and show cause why this case should not be dismissed for failure to prosecute and failure to follow court orders. Dkt. No. 21. Plaintiffs filed a response to the order to show cause, a case management statement, and a motion for default judgment against defendants. Dkt. Nos. 22, 23, 24. After considering plaintiffs' filings, the Court finds that the order to show cause is satisfied. The initial case management conference currently set for September 25, 2013, is continued to October 23, 2013, at 1:00 p.m.

IT IS SO ORDERED.

Date: September 19, 2013

Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-01108 NC
ORDER FINDING ORDER TO SHOW
CAUSE SATISFIED