UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN YOUNG and ELAINE YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>LAW OFFICES OF HERBERT DAVIS, et al.,<br><br>Defendants. | Case No. 13-cv-01108 NC<br><br>**ORDER RE: FURTHER BRIEFING AND CONTINUING HEARING ON MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 24 |

Pending before the Court is plaintiffs' motion for default judgment. Dkt. No. 24. In support of their motion, plaintiffs have filed a declaration of Kevin Young that is not physically signed by Mr. Young. Plaintiffs must submit an amended declaration correcting this deficiency by October 30, 2013. In addition, by the same deadline, plaintiffs must file a supplemental brief in support of their default judgment motion, explaining why leaving copies of the summons and complaint with "PRITI 'DOE', PERSON IN CHARGE OF WALL STREET CONNECTION POSTAL SERVICE" as shown on the proofs of service filed with the Court, Dkt. Nos. 4 and 5, effects service of process on the defendants in this case. Plaintiffs must serve a copy of this order and their filings in response to this order on defendants in the same manner used to serve defendants with the motion for default judgment.

Case No. 13-cv-01108 NC
ORDER RE: FURTHER BRIEFING AND
CONTINUING HEARING

1   The Court continues the hearing on the motion for default judgment from October 23,
2   2013 to November 6, 2013 at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court,
3   450 Golden Gate Avenue, San Francisco, California.
4   IT IS SO ORDERED.
5   Date: October 18, 2013

Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-01108 NC
ORDER RE: FURTHER BRIEFING
AND CONTINUING HEARING          2