UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN YOUNG and ELAINE YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>LAW OFFICES OF HERBERT DAVIS, et al.,<br><br>Defendants. | Case No. 13-cv-01108 NC<br><br>**SECOND ORDER RE: SUPPLEMENTAL MATERIALS IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 24 |

On October 18, 2013, the Court ordered plaintiffs to submit supplemental briefing and materials in support of their pending motion for default judgment by October 30, 2013. Dkt. Nos. 24, 32. In addition, by the same deadline, plaintiffs must either (1) file a competent declaration showing whether or not any defendant is a minor or incompetent person, see Fed. R. Civ. P. 55(b), or in military service, see 50 U.S.C. app. § 521(b)(1); or (2) present testimony in lieu of such declaration at the November 6, 2013 hearing. Plaintiffs must serve a copy of this order and any filings in response to this order on defendants in the same manner used to serve defendants with the motion for default judgment.

IT IS SO ORDERED.

Date: October 22, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-01108 NC
SECOND ORDER RE:
SUPPLEMENTAL MATERIALS