United States District Court
For the Northern District of California

1
2
3
4
5
6                IN THE UNITED STATES DISTRICT COURT
7
8                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   KEVIN YOUNG and ELAINE YOUNG,
10            Plaintiffs,                        No. C 13-01108 JSW
11      v.
12  LAW OFFICES OF HERBERT DAVIS, et al.,        **ORDER ADOPTING REPORT**
                                                 **AND RECOMMENDATION**
13            Defendants.
                                        /
14
15          This matter comes before the Court upon consideration of the Report and
16  Recommendation ("Report") prepared by Magistrate Judge Cousins, in which he recommends
17  that the Court grant Plaintiffs' motion for default judgment against defendants Law Offices of
18  Herbert Davis and Herbert Davis. The deadline to file objections to the Report has passed. The
19  Court finds the report through and well reasoned and adopts it in every respect.
20          Accordingly, Plaintiffs' motion for default judgment is granted as set forth in the Report
21  (Docket No. 44). The Court shall enter a separate judgment, and the Clerk shall close the file.
22      **IT IS SO ORDERED.**
23
24  Dated: July 11, 2014
25                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
26
27
28